**Order filed May 19, 2015**



In The

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

_____

## NO. 14-14-00510-CR
_____

**WILLIAM MICHAEL DIXON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 208th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1383453**

---

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **State's Exhibit 2, a 911 audio and State's Exhibit 3, a station/dash cam video.**

The clerk of the 208th District Court is directed to deliver to the Clerk of this court the original of **State's Exhibit 2, a 911 audio and State's Exhibit 3, a station/dash cam video**, on or before **May 29, 2015.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of **State's Exhibit 2, a 911 audio and State's Exhibit 3, a station/dash cam video**, to the clerk of the 208th District Court.


PER CURIAM